**DENT WIZARD INTERNATIONAL CORPORATION and JRT Dents, Inc. d/b/a The Dent Wizard of St. Louis, Plaintiffs/Appellants,**

v.

**John PURICELLI and Christopher Glandt, Defendants, Respondents/Cross–Appellants.**

**No. 73237.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 8, 1998.

Behar, Gutt & Glazer, Ira Gutt, Aventura, FL, Jenkins & Kling, Roger W. Pecha, St. Louis, for appellants.

Kruse, Reinker & Hamilton, Edward C. Kruse, Clayton, for respondents.

Before PUDLOWSKI, P.J., and CRANDALL and AHRENS, JJ.

### *ORDER*

PER CURIAM.

Plaintiffs Dent Wizard International Corporation ("DWI") and The Dent Wizard of St. Louis ("DWSL") appeal from a judgment in favor of Defendants John Puricelli and Christopher Glandt in a court-tried action for breach of a contractual covenant not to compete. Defendants cross-appeal from that portion of the judgment requiring each party to pay their own attorney fees.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).